UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | |
| v. ) | **Criminal No.** |
| ) | **05-40015-FDS** |
| **HERIBERTO PEREZ,** ) | |
| ) | |
| Defendant. ) | |

ORDER ON MOTION FOR
MODIFICATION OF SENTENCE

**SAYLOR, J.**

Defendant Heriberto Perez has moved under 18 U.S.C. § 3582(c)(2) to modify or reduce his sentence under Guideline Amendment 750 and *United States v. Cardosa*, 606 F.3d 16 (1st Cir. 2010). For substantially the reasons set forth in the Court's order of November 7, 2011, denying a similar motion for relief, the motion is DENIED. Defendant's motion for appointment of counsel is denied as moot.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  June 10, 2013